IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08- 61245 |
| | § | |
| JASON SHAWN BOWMAN AND | § | |
| ANDREA RAE BOWMAN | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

**CERTIFICATE OF SERVICE OF DEBTORS' 2007 INCOME TAX RETURN
AND LAST 60 DAYS PAYMENT ADVISES**

I hereby certify that on December 5th, 2008 a true and correct copy of the 2007

Income Tax Return and last 60 days payment advises for Jason Shawn Bowman and

Andrea Rae Bowman were emailed to Ray Hendren, the Chapter 13 Trustee appointed in

this case, at the address listed below.

Ray Hendren
Chapter 13 Trustee
8310 Capital of Texas Highway North
Suite 475
Austin, TX 78701
info@rayhendren13.com

Respectfully submitted,

/s/ Erin B. Shank
ERIN B. SHANK, P.C.
Texas State Bar Number 01572900
2309 Austin Avenue
Waco, TX 76701
PHONE (254) 296-1161
FAX (254) 296-1165
Attorney for Debtors

F:\Server Documents\1528-Bowman\Certificate of Service Chapter 13.wpd