IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-61245 |
| | § | |
| JASON SHAWN BOWMAN | § | |
| AND ANDREA RAE BOWMAN | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

## MOTION FOR MORATORIUM

TO THE HONORABLE FRANK R. MONROE, UNITED STATES BANKRUPTCY
JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO
YOUR INTEREST:**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY(20) DAYS
FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN
MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE
HELD.**

NOW COMES Jason Shawn Bowman and Andrea Rae Bowman, the Debtors in

the above referenced bankruptcy case (the "Debtors"), and files this their Motion for

Moratorium (the "Motion"), and in support thereof would respectfully show unto this

Honorable Court as follows:

1.     Jason Shawn Bowman and Andrea Rae Bowman have filed a voluntary

petition under Chapter 13 of the United States Bankruptcy Code. Ray Hendren has been

appointed as the Trustee in this case.

2.     The Debtors plan is set for confirmation on February 10, 2009. Mr. Bowman

left for Iraq in January of 2009. Their bankruptcy plan payments were based on his increased income received while he was in Iraq. The undersigned attorney obtained a "pay order" and served DFAS (the military payroll service) with that pay order. However, the military did not remove his Chapter 13 plan payment from his pay check in December. It was removed by the military and sent to the Trustee on January 31, 2009. Since he was not in Iraq and was not receiving the additional income that the plan was based on, the Bowmans did not have enough money to support their family and make their plan payments. This was especially true because it was Christmastime and the Bowmans have two children and he had the extra expenses of preparing to deploy.

3. Additionally, Mr. Bowman is paid once a month at the end of the month. The Trustee is asserting that their February 2009 payment is due prior to the February 10th confirmation and will not recommend confirmation unless two payments are made prior to February 10th. Although the undersigned attorney believes that the February plan payment is not due until February 19th, the Debtors are also requesting a moratorium so that their plan payments are due on the 30th of the month, commencing January 2009 and the missed December 2008 payment is spread over the life of their Chapter 13 Plan.

WHEREFORE, PREMISES CONSIDERED, Jason Shawn Bowman and Andrea Rae Bowman hereby respectfully request this Court to grant them a moratorium as requested above and for such other and further relief as is just.

Respectfully submitted,

/s/ Erin B. Shank
State Bar No. 01572900
/s/ Samantha Kehl
State Bar No. 24062821
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
Telephone: (254) 296-1161
Telecopier: (254) 296-1165

ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I certify that on February \_\_\_\_, 2009 a correct copy of the above and foregoing was served (without attached matrix) upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail:

Ray Hendren
Chapter 13 Trustee
**Via Electronic Mailing**
8310 Capital of Texas Hwy North
Suite 475
Austin, TX 78735

Mr. and Ms. Bowman
2508 Jake Drive
Coperas Cove, TX 76522

All creditors listed on Matrix attached hereto as Exhibit "A"

/s/Erin B. Shank

Label Matrix for local noticing
0542-6
Case 08-61245-frm
Western District of Texas
Waco
Wed Feb  4 10:27:35 CST 2009

U.S. BANKRUPTCY COURT
800 FRANKLIN AVE., SUITE 140
WACO, TX 76701-1934

Allstate
Duke Vogel
3210 Prosperity Chrc
Charlotte, NC 28269-8193

(p)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Chase
P.O. Box 100511
Florence, SC 29502-0511

Clayton, Myrick, McClanahan, & Coulter,
P.O. Box 929
Durhem, NC 27702-0929

County of Coryell
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

Equifax
P.O. Box 6190144
Dallas, TX 75251-904

Erin B. Shank, P.C.
2309 Austin Avenue
Waco, Texas 76701-1508

Experian
Profile Maintenance
P.O. Box 9558
Allen, TX 75013-9558

First Financial Asset Management
P.O. Box 18064
Hauppauge, NY 11788-8864

First Financial Asset Management
P.O.Box 6887
Miramar Beach, FL 32550-1006

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104-4868

GC Services
6330 Gulfton
Houston, TX 77081-1198

GMAC
PO Box 130424
Roseville, MN 55113-0004

GMAC
PO Box 380902
Bloomington MN 55438-0902

Gym X
3301 E Rancier, Suite 111
Killeen, TX 76543-7805

HSBC AUTO FINANCE
PO BOX 829009
Dallas, TX 75382-9009

HSBC Auto
6602 Convoy Court
San Diego, CA 92111-1009

HSBC Auto Finance
P.O. Box 17904
San Diego, CA 92177-7904

I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
St. Paul, MN 55164-0437

IDT Carmel, Inc.
2080 Elm St SE
Minneapolis, TX 55414-2531

Internal Credit Systems, Inc.
5504 Durham Chapel Hill Blvd, St 200
Durham, NC 27707-3343

Interstate Credit Collections
711 Coliseum Plaza Court
Winston Salem, NC 27106-5300

JPMorgan Chase Bank, National Association
Mail Stop: JAXB2007
7255 Baymeadows Way
Jacksonville, FL 32256-6851

Nations Recovery Cetner, inc.
6491 Recovery Industrial Blvd.
Atlanta, GA 30360

Ocwen Federal Bank FSB
P.O.Box 785058
Orlando, FL 32878-5058

Ocwen Loan Servicing
Attn: Cashiering Department
P.O. Box 785053
Orlando, FL 32878-5053

Orchard Bank
P.O. Box 17051
Baltimore, MD 21297-1051

People First Recoveries
P.O. Box 1259
Oaks, PA 19456-1259

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Roberts & Roberts LLP
2501 E Elms Road
Killeen, TX 76542-3023

Trans Union Corporation
Attn: Public Records Dept.
555 West Adams Street
Chicago, IL 60661-3631


United States Trustee - WA12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Van Ru Credit Corp
8550 Ulmerton Rd. Suite 225
Largo, FL 33771-5351

Washington Mutual Bank
P.O. Box 1093
Mail Stop N01 38
Northridge, CA 91328


Windcrest Nursing Center
607 West Avenue B
Copperas Cove, TX 76522-1599

Andrea Rae Bowman
2508 Jake Drive
Coperas Cove, TX 76522-7525

Erin B. Shank
Erin B. Shank, P.C.
1902 Austin Avenue
Waco, TX 76701-1619


G. Ray Hendren
8310 Capital of Texas Hwy North
Ste. 475
Austin, TX 78731-1081

Jason Shawn Bowman
2508 Jake Drive
Coperas Cove, TX 76522-7525


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Applied Bank
601 Deleware Ave
Wilmington, DE 19801


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cb Med Col
Fact Act
Suppression,

(d)GMAC
PO Box 130424
Roseville, MN 55113-0004

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42